THE BERKLEY CONDOMINIUM RESIDENCES, INC. v. THE
BERKLEY CONDOMINIUM ASSOCIATION, INC.

September 19, 1980.

ORDERED that the judgment of the Superior Court, Appellate Division, is summarily reversed and the matter is remanded to the Superior Court, Chancery Division for further proceedings on the merits in the light of L.1980, c. 103 and L.1979, c. 297.